**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
JORDAN BUTLER, ESQ.
Nevada Bar No. 010531
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
JButler@wrslawyers.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PERFORMANCE RHINO LLC, a Nevada limited liability company d/b/a/ GUN GARAGE,<br><br>Plaintiff,<br><br>vs.<br><br>GUN GARAGE & SHOOTING RANGE LLC, a Kansas limited liability company, and SUNFLOWER DEVELOPMENT SOLUTIONS LLC, a Texas limited liability company,<br><br>Defendants. | Case No. 2:19-cv-0450-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR II 7-1, Defendants GUN GARAGE & SHOOTING RANGE LLC ("GGSR"), and SUNFLOWER DEVELOPMENT SOLUTIONS LLC ("Sunflower") (collectively, "Defendants") and Plaintiff PERFORMANCE RHINO LLC ("Plaintiff"), by and through their undersigned counsel, submit this Stipulation to extend the time in which Defendants have to file an Answer or otherwise respond to the Complaint.

Defendant GGSR's deadline to answer or otherwise respond to the Complaint was April 9, 2019; Defendant Sunflower's deadline is April 15, 2019. Counsel for Defendants was formally retained on April 10, 2019. Pursuant to this Stipulation, Defendants shall have up to and including Monday, April 29, 2019, to answer or otherwise respond to the Complaint. This additional time is required to provide counsel for Defendants adequate time to acclimate to the claims and allegations in this action, and effectively represent Defendants' interests on the heels of being

retained. The failure of Defendant GGSR to meet its deadline constitutes excusable neglect in that Defendants are related in this action and sought joint representation. Counsel for Defendants moved swiftly to request a stipulated extension from opposing counsel immediately upon being retained. Further, this Stipulation is made in good faith and not for the purpose of delay.

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 11, 2019

Respectfully submitted,

DATED this 11th day of April, 2019.

 */s/ Jordan J. Butler* 
DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
JORDAN BUTLER, ESQ.
Nevada Bar No. 010531
Wolf Rifkin Shapiro Schulman & Rabkin, LLP
3556 East Russell Road, Second Floor
Las Vegas, NV 89120
Telephone: (702) 341-5200
Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
JButler@wrslawyers.com

KELLY J. TRUSSELL
*(Pro Hac Vice to be Submitted)*
Of Counsel
Sloan, Eisenbarth, Glassman, McEntire & Jarboe L.L.C.
534 S. Kansas Avenue, Suite 1000
Topeka, KS 66603
Phone: 785-357-6311 Ext. 236
Fax: 785-357-0152
E-mail: ktrussell@sloanlawfirm.com

*Attorneys for Defendants*

DATED this 11th day of April, 2019.

 */s/Jonathan W. Fountain* 
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Stephanie S. Buntin, Esq.
Nevada Bar No. 12339
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Tel. (702) 667-4823
Email: iwfah2law.com
Email: ss1g4h2law.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2019, a true and correct copy of **STIPULATION AND ORDER TO EXTEND TIME FOR GUN GARAGE & SHOOTING RANGE LLC AND SUNFLOWER DEVELOPMENT SOLUTIONS LLC TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP