1 **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
DON SPRINGMEYER, ESQ.
2 Nevada Bar No. 1021
JORDAN BUTLER, ESQ.
3 Nevada Bar No. 010531
3556 E. Russell Road, Second Floor
4 Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
5 dspringmeyer@wrslawyers.com
JButler@wrslawyers.com
6
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PERFORMANCE RHINO LLC, a Nevada limited liability company d/b/a/ GUN GARAGE,<br><br>Plaintiff,<br><br>vs.<br><br>GUN GARAGE & SHOOTING RANGE LLC, a Kansas limited liability company, and SUNFLOWER DEVELOPMENT SOLUTIONS LLC, a Texas limited liability company,<br><br>Defendants. | Case No. 2:19-cv-0450-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR II 7-1, Defendants GUN GARAGE & SHOOTING RANGE LLC ("GGSR"), and SUNFLOWER DEVELOPMENT SOLUTIONS LLC ("Sunflower") (collectively, "Defendants") and Plaintiff PERFORMANCE RHINO LLC ("Plaintiff"), by and through their undersigned counsel, submit this Stipulation to extend the time in which Defendants have to file an Answer or otherwise respond to the Complaint.

Defendants' current deadline to answer or otherwise respond to the Complaint is April 29, 2019 (ECF No. 11). Pursuant to this Stipulation, Defendants shall have up to and including **<u>Friday, May 3, 2019</u>**, to answer or otherwise respond to the Complaint, and **no further extensions** will be granted concerning Defendants' responsive pleading. This additional time is requested in light of recent settlement discussions between the parties, and counsel for Defendants' communications with Defendants, one of which is currently out of the country,

concerning the same.  Further, this Stipulation is made in good faith and not for the purpose of delay.

　　　　If, in response to the Complaint, Defendants file any motion pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, Defendants shall, at Plaintiff's request, agree to provide Plaintiff with an extension of time to respond to the motion of at least 7 but not more than 14 days.

**IT IS SO ORDERED**:

_____
UNITED STATES  MAGISTRATE JUDGE

DATED:　　　4-30-2019

Respectfully submitted,

DATED this 29th day of April, 2019.　　　　　　　DATED this 29th day of April, 2019.

 /s/ Jordan J. Butler　　　　　　　　　　　　　 /s/Jonathan W. Fountain
DON SPRINGMEYER, ESQ.　　　　　　　Jonathan W. Fountain, Esq.
Nevada Bar No. 1021　　　　　　　　　　　Nevada Bar No. 10351
JORDAN BUTLER, ESQ.　　　　　　　　　Stephanie S. Buntin, Esq.
Nevada Bar No. 010531　　　　　　　　　Nevada Bar No. 12339
Wolf Rifkin Shapiro Schulman & Rabkin, LLP　HOWARD & HOWARD ATTORNEYS PLLC
3556 East Russell Road, Second Floor
Las Vegas, NV  89120　　　　　　　　　　3800 Howard Hughes Parkway, Suite 1000
Telephone:  (702) 341-5200　　　　　　　Las Vegas, NV 89169
Fax:  (702) 341-5300　　　　　　　　　　　Tel. (702) 667-4823
dspringmeyer@wrslawyers.com　　　　　Email: iwfah2law.com
JButler@wrslawyers.com　　　　　　　　Email: ss1g4h2law.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
KELLY J. TRUSSELL
*(Pro Hac Vice to be Submitted)*
Of Counsel
Sloan, Eisenbarth, Glassman, McEntire & Jarboe L.L.C.
534 S. Kansas Avenue, Suite 1000
Topeka, KS 66603
Phone: 785-357-6311 Ext. 236
Fax:  785-357-0152
E-mail: ktrussell@sloanlawfirm.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April, 2019, a true and correct copy of **STIPULATION AND ORDER TO EXTEND TIME FOR GUN GARAGE & SHOOTING RANGE LLC AND SUNFLOWER DEVELOPMENT SOLUTIONS LLC TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT (SECOND REQUEST)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP