Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Stephanie S. Buntin, Esq.
Nevada Bar No. 12339
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Tel. (702) 667-4823
Email: jwf@h2law.com
Email: ssb@h2law.com

*Attorneys for Plaintiff*
*Performance Rhino LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PERFORMANCE RHINO LLC, a Nevada limited liability company d/b/a/ GUN GARAGE,<br><br>Plaintiff,<br><br>vs.<br><br>GUN GARAGE & SHOOTING RANGE LLC, a Kansas limited liability company, and SUNFLOWER DEVELOPMENT SOLUTIONS LLC, a Texas limited liability company,<br><br>Defendants. | Case No. 2:19-cv-00450-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION TO DISMISS**<br><br>(First Request) |

Pursuant to LR IA 6-1, Rule 6(b) of the Federal Rules of Civil Procedure, and the Court's order dated April 30, 2019, (ECF No. 13 at 2, ll. 3-5), Plaintiff Performance Rhino LLC ("Plaintiff") and Defendants Gun Garage & Shooting Range LLC and Sunflower Development Solutions LLC (together, "Defendants") state the following:

1. This action was filed on March 15, 2019.

2. On April 11, 2019, to accommodate settlement discussions, the parties stipulated to extend the time for Defendants to answer or otherwise respond to the Complaint to April 29, 2019 (ECF No. 8), and the Court entered the parties' stipulation as an order (ECF No. 11).

3. On April 30, 2019, again to accommodate settlement discussions, the parties stipulated to extend the time for Defendants to answer or otherwise respond to the Complaint to May 3, 2019 (ECF No. 12), and the Court entered the parties' stipulation as an order (ECF No.

13). The Court's order provided that, "If, in response to the Complaint, Defendants file any motion pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, Defendants shall, at Plaintiff's request, agree to provide Plaintiff with an extension of time to respond to the motion of at least 7 but not more than 14 days." (ECF No. 13 at 2, ll. 3-5.)

4. On May 3, 2019, Defendants filed a motion, pursuant to Rule 12 of the Federal Rules of Civil Procedure, to dismiss this action for lack of personal jurisdiction or, in the alternative, to transfer it to the United States District Court for the District of Kansas. (ECF No. 14.)

5. In light of the Defendants' filing of the motion to dismiss or transfer, to accommodate Plaintiff's counsel's travel schedule during the weeks of May 6 and May 13, and in accordance with the Court's prior order (ECF No. 13 at 2, ll. 3-5), the parties hereby agree and stipulate to extend the date for Plaintiff to file its opposition to Defendants' motion from May 17, 2019, to June 3, 2019.

**IT IS SO AGREED AND STIPULATED:**

By: /s/ Jonathan W. Fountain
Howard & Howard Attorneys PLLC
Jonathan W. Fountain, Esq.
Stephanie S. Buntin, Esq.
3800 Howard Hughes Parkway
Suite 1000
Las Vegas, NV 89169

*Attorneys for Plaintiff*
*Performance Rhino LLC*

By: /s/ Jordan J. Butler
Wolf Rifkin Shapiro Schulman & Rabkin, LLP
Don Springmeyer, Esq.
Jordan Butler, Esq.
3556 Russell Road, Second Floor
Las Vegas, NV 89120

Kelly J. Trussell Esq.
(*Pro Hac Vice* to be Submitted)
Sloan, Eisenbarth, Glassman, McEntire & Jarboe L.L.C.
534 S. Kansas Avenue, Suite 1000
Topeka, KS 66603

*Attorneys for Defendants*
*Gun Garage & Shooting Range LLC and*
*Sunflower Development Solutions LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 20, 2019.

4820-7308-0983, v. 1

2