**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
JORDAN BUTLER, ESQ.
Nevada Bar No. 010531
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
JButler@wrslawyers.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PERFORMANCE RHINO LLC, a Nevada limited liability company d/b/a/ GUN GARAGE,<br><br>Plaintiff,<br><br>vs.<br><br>GUN GARAGE & SHOOTING RANGE LLC, a Kansas limited liability company, and SUNFLOWER DEVELOPMENT SOLUTIONS LLC, a Texas limited liability company,<br><br>Defendants. | Case No. 2:19-cv-0450-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR II 7-1, Defendants GUN GARAGE & SHOOTING RANGE LLC ("GGSR"), and SUNFLOWER DEVELOPMENT SOLUTIONS LLC ("Sunflower") (collectively, "Defendants") and Plaintiff PERFORMANCE RHINO LLC ("Plaintiff"), by and through their undersigned counsel, submit this Stipulation to extend the time in which Defendants have to file their Reply in support of Defendants' Motion to Dismiss (ECF No. 14) (the "Motion"), and in response to Plaintiffs' Response (ECF No. 17).

Defendants' current deadline to reply is Monday, June 10, 2019. Pursuant to this Stipulation, Defendants shall have up to and including **<u>Friday, June 14, 2019</u>**, to file their Reply. This Stipulation is made in good faith and not for the purpose of delay. The parties have extended mutual professional courtesies concerning the briefing schedule for the Motion to Dismiss based on the exigencies of the case and counsel's respective schedules (ECF No. 13, ECF No. 15). The

parties do not anticipate any further extensions with respect to the briefing on the Motion.

Respectfully submitted,

DATED this 10th day of June, 2019.

 /s/ Jordan J. Butler
DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
JORDAN BUTLER, ESQ.
Nevada Bar No. 010531
Wolf Rifkin Shapiro Schulman & Rabkin, LLP
3556 East Russell Road, Second Floor
Las Vegas, NV 89120
Telephone: (702) 341-5200
Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
JButler@wrslawyers.com

KELLY J. TRUSSELL
*(Pro Hac Vice to be Submitted)*
Of Counsel
Sloan, Eisenbarth, Glassman, McEntire & Jarboe L.L.C.
534 S. Kansas Avenue, Suite 1000
Topeka, KS 66603
Phone: 785-357-6311 Ext. 236
Fax: 785-357-0152
E-mail: ktrussell@sloanlawfirm.com

*Attorneys for Defendants*

DATED this 10th day of June, 2019.

 /s/Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Stephanie S. Buntin, Esq.
Nevada Bar No. 12339
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Tel. (702) 667-4823
Email: iwfah2law.com
Email: ss1g4h2law.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 11, 2019.