1 | RAHUL RAVIPUDI
Nevada Bar No. 14750
2 | *ravipudi@psblaw.com*
IAN SAMSON
3 | Nevada Bar No. 15089
*samson@psblaw.com*
4 | ADAM ELLIS
Nevada Bar No. 14514
5 | *ellis@psbalaw.com*
**PANISH SHEA & BOYLE LLP**
6 | 8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
7 | Telephone: 702.560.5520
Facsimile: 702.975.2515

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERFORMANCE RHINO LLC, a Nevada limited liability company d/b/a GUN GARAGE, | Case No. 2:19-cv-00450-APG-VCF |
| | The Hon. ANDREW P. GORDON |
| Plaintiff, | |
| v. | **NOTICE OF DISASSOCIATION OF COUNSEL AND ORDER** |
| GUN GARAGE & SHOOTING RANGE LLC, a Kansas limited liability company, and SUNFLOWER DEVELOPMENT SOLUTIONS, LLC, a Texas limited liability company, | |
| Defendants. | |

PLEASE TAKE NOTICE that attorney Adam Ellis, Esq. is no longer associated with the law firm of Howard & Howard Attorneys PLLC, and, accordingly, is disassociated as counsel of record for Plaintiff Performance Rhino LLC d/b/a Gun Garage in the above-captioned matter.

/ / /

/ / /

/ / /

/ / /

/ / /

PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 310.477.1699 fax

No further copies of notices, pleadings, or documents should be served upon Mr. Ellis

**DATED**: February 4, 2020

**PANISH SHEA & BOYLE LLP**

By: */s/Adam Ellis*
ADAM ELLIS
Nevada Bar No 14514
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.560.5520

## ORDER

**IT IS HEREBY ORDERED** that Adam Ellis is withdrawn as counsel for Plaintiff Performance Rhino LLC d/b/a Gun Garage and the Clerk is instructed to remove him from the service list.

DATED: 2-21-2020

_____
United States Magistrate Judge

PANISH SHEA & BOYLE LLP
8816 Spansih Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 310.477.1699 fax

# **CERTIFICATE OF SERVICE**

Pursuant to LR1C 4-1, I hereby certify that I am an employee of PANISH SHEA & BOYLE, LLP and that on this 4th day of February, 2020, I caused the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL AND [PROPOSED] ORDER** to be served as follows:

**[X]** by serving it via this Court's electronic filing system ("CM/ECF") to all parties listed in the Service Contact List of EFS;

[ ] by placing a true and correct copy of the same to be deposited for mailing in the U.S. Mail at Las Vegas, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid; and/or;

[ ] pursuant to EDCR 7.26, by sending it via facsimile; and/or;

[ ] by hand delivery,

to the attorneys listed below:

Don Springmeyer, Esq.
Jordan Butler, Esq.
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Rd., Second Floor
Las Vegas, NV 89120

Jonathan W. Fountain, Esq.
Stephanie S. Buntin, Esq.
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169

By: *//ss//Isolde Parr*
An Employee of PANISH SHEA & BOYLE LLP

3