1  Bob L. Olson, Esq.
   Nevada Bar No. 3783
2  Charles E. Gianelloni, Esq.
   Nevada Bar No. 12747
3  Michael Paretti, Esq.
   Nevada Bar No. 13926
4  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
5  Las Vegas, NV 89169
   Telephone: (702) 784-5200
6  Facsimile: (702) 784-5252
   Email: bolson@swlaw.com
7         cgianelloni@swlaw.com
          mparetti@swlaw.com
8
   *Attorneys for Performance Rhino LLC dba Gun*
9  *Garage*

10

11              **UNITED STATES DISTRICT COURT**

12                 **DISTRICT OF NEVADA**

13

14  PERFORMANCE RHINO LLC, a Nevada          CASE NO.: 2:19-cv-00450-APG-VCF
    limited liability company d/b/a GUN GARAGE,

15              Plaintiff,

16     v.                                      **STIPULATION AND ORDER TO
                                                EXTEND BRIEFING SCHEDULE
17  GUN GARAGE & SHOOTING RANGE LLC,           REGARDING DEFENDANT'S
    a Kansas Limited Liability company,        MOTION FOR RULE 37 SANCTIONS
                                                FOR FAILURE OF PLAINTIFF TO
18              Defendant.                      PRODUCE RULE 26 INITIAL
                                                DISCLOSURES**
19
                                                **(First Request)**
20

21

22          THIS STIPULATION is entered into by and between Performance Rhino LLC dba Gun

23  Garage ("Performance Rhino") and Gun Garage & Shooting Range LLC ("GG&SR," and together

24  with Performance Rhino, the "Parties"), by and through their respective undersigned counsel, based

25  on the following:

26          1.      On March 13, 2020, the Court entered an Order granting Performance Rhino's

27  former counsel's, Howard & Howard PLLC, motion to withdraw as counsel of record for

28  Performance Rhino in this action. *See* ECF No. 37.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

2.      On April 17, 2020, GG&SR filed a Motion for Rule 37 Sanctions for Failure of Plaintiff to Produce Rule 26 Initial Disclosures (the "Motion"). *See* ECF No. 41.

3.      On or around April 27, 2020, Performance Rhino retained the undersigned counsel, Snell & Wilmer L.L.P., to represent it in this action.  The delay in retaining counsel is that Charles Gianelloni, contemplated lead counsel for Performance Rhino, became infected COVID-19 in mid-March 2020, was hospitalized for an extended period of time (including being in an induced coma for eleven days) and has not yet been able to return to work.

4.      The deadline for Performance Rhino to respond to the Motion is currently May 1, 2020.

5.      Performance Rhino's new counsel has only recently been retained and requires additional time to review the facts surrounding this litigation, collect and obtain relevant documents, and prepare the appropriate response to the Motion.

6.      Accordingly, the Parties stipulate and agree that Performance Rhino shall file its Response to the Motion on or before May 15, 2020.

7.      GG&SR shall file its Reply in support of the Motion, if any, on or before May 29, 2020.

///

///

///

///

///

///

///

///

///

///

///

///

4844-8853-1131

8.      On April 27, 2020, counsel for GG&SR agreed to the extension requested herein.

**IT IS SO STIPULATED.**

DATED this 28th day of April, 2020.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Charles E. Gianelloni (NV Bar No. 12747)
Michael Paretti (NV Bar No. 13926)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone:  (702) 784-5200
Fax:  (702) 784-5252
*Attorneys for Performance Rhino LLC dba Gun
Garage*

DATED this 28th day of April, 2020.

WOLF RIFKIN SHAPIRO AND RABKIN LLP

*/s/ Jordan J. Butler*
Don Springmeyer (NV Bar No. 1021)
Jordan J. Butler (NV Bar No. 10531)
3556 East Russell Road, 2nd Floor
Las Vegas, NV 89120-2234
Phone:  (702) 341-5200
Fax:  (702) 341-5300
*Attorneys for Gun Garage & Shooting Range
LLC*

<u>**ORDER**</u>

IT IS SO ORDERED.

DATED _____April 28_____, 2020

_____
United States Magistrate Judge
Cam Ferenbach

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Charles E. Gianelloni (NV Bar No. 12747)
Michael Paretti (NV Bar No. 13926)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone:  (702) 784-5200
Fax:  (702) 784-5252
*Attorneys for Performance Rhino LLC dba Gun Garage*

4844-8853-1131

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 28, 2020 I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION FOR RULE 37 SANCTIONS FOR FAILURE OF PLAINTIFF TO PRODUCE RULE 26 INITIAL DISCLOSURES** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 28th day of April, 2020.

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4844-8853-1131

- 4-