**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
JORDAN BUTLER, ESQ.
Nevada Bar No. 10531
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
JButler@wrslawyers.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERFORMANCE RHINO LLC, a Nevada limited liability company d/b/a/ GUN GARAGE,<br><br>Plaintiff,<br><br>vs.<br><br>GUN GARAGE & SHOOTING RANGE LLC<br><br>Defendant. | Case No. 2:19-cv-0450-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Performance Rhino LLC, a Nevada limited liability company d/b/a/ Gun Garage and Defendant Gun Garage & Shooting Range LLC by and through their undersigned counsel of record, hereby stipulate, request, and jointly move the Court to dismiss this case with prejudice,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  each party to bear its own fees and costs.

2       **IT IS SO STIPULATED.**

3  Respectfully Submitted,

| | |
|---|---|
| **WOLF, RIFKIN, SHAPIRO,** **SCHULMAN & RABKIN, LLP** | **SNELL & WILMER L.L.P.** |
| By: */s/ Jordan Butler* | By:  */s/ Charles Gianelloni* |
| Don Springmeyer, Esq. (Bar No. 1021) Jordan Butler, Esq. (Bar No. 10531) 3556 E. Russell Road, Second Floor Las Vegas, Nevada 89120 (702) 341-5200/Fax: (702) 341-5300 dspringmeyer@wrslawyers.com jbutler@wrslawyers.com *Attorneys for Gun Garage & Shooting Range* | Bob L. Olson (NV Bar No. 3783) Charles E. Gianelloni (NV Bar No. 12747) 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, Nevada 89169 Phone:  (702) 784-5200 Fax:  (702) 784-5252 *Attorneys for Performance Rhino LLC dba Gun Garage* |

**ORDER**

The Court having considered the foregoing stipulation of the Parties, and good cause appearing,

IT IS SO ORDERED:

_____
United States District Judge

DATED:   October 19, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2020, a true and correct copy of **STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP